UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERAMIE PAUL BRUNET, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 21-1111 |
| WARDEN CATAHOULA CORRECTIONAL CENTER | SECTION: "J"(4) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this 8th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE